**DISMISS and Opinion Filed May 3, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-84-01137-CV

**THE TEXAS RANGER OIL COMPANY, Appellant**
**V.**
**ALAMO FLUIDS, INC., Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 84-4064-F**

## MEMORANDUM OPINION
Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Garcia

We reinstate this appeal. This case was abated in 1985 due to bankruptcy. *See*

TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public

Access to Court Electronic Records (PACER) system; however, nothing on that

system indicated that a bankruptcy case was still pending.

We then notified the parties by letter, requesting they inform the Court of the

status of the bankruptcy and of this appeal. We cautioned that the failure to respond

would result in the appeal being dismissed for want of prosecution. *See id.*

42.3(b),(c). The letters to appellant's attorneys were returned because the addresses

were no longer current. Appellant's counsel has not withdrawn from representation and has failed to provide the Court with an up-to-date address. *See* TEX. R. APP. P. 6.5; 5th Tex. App. (Dallas) Loc. R. 2.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id.* 42.3(b),(c); *Brewer v. Admiral Ins. Co.*, 2002 WL 31312990, at *1 (Tex. App.—Dallas Oct. 16, 2002, no writ) (per curiam) (not designated for publication).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

841137F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THE TEXAS RANGER OIL
COMPANY, Appellant

No. 05-84-01137-CV      V.

ALAMO FLUIDS, INC., Appellee

On Appeal from the 116th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. 84-4064-F.
Opinion delivered by Justice Garcia.
Justices Myers and Partida-Kipness
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered May 3, 2021